IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

R WAYNE JOHNSON,

    Plaintiff,

  v.

Case No. 19-cv-287-wmc

DEPT. VETERAN AFF AND U.S. DEPT. JUSTICE,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 10/30/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |